# EXHIBIT A
## Ms. Featheringill's Income Share Agreement



## FINAL DISCLOSURE (TUITION ISA)

**PARTICIPANT:** LeighAnn Featheringill
Indianapolis, Indiana

**INSTITUTION:** Kenzie Academy
47 S. Meridian St
Indianapolis, IN 46204

**RIGHT TO CANCEL**
You have a right to cancel this transaction, without penalty, by midnight on January 11, 2019. If you cancel by this date, you are canceling the contract in its entirety, including the disclosures. You may cancel by writing us at Vemo Education, 3905 Tampa Rd #2453, Oldsmar, FL, 34677. A mailed cancellation letter will be deemed timely if postmarked not later than the cancellation date listed above.

| ISA Amount | Income Share | Payment Term | Payment Cap |
|---|---|---|---|
| $ 23,900.00 | 17.50% | 50 months | $ 59,750.00 |
| The market charge for the training services you will receive through this ISA, plus any funding charges | The percent of your total earned income that you will share each month | The maximum number of months during which you will share your income | The maximum amount you will pay over the payment term |

### ITEMIZED TOTAL ISA AMOUNT

| | |
|---|---|
| **Amount paid to you** | $0.00 |
| **Amount credited to others on your behalf**<br>• Kenzie Academy | + $ 23,900.00 |
| **Initial funding charges**<br>• Origination fee<br>• Disbursement fee | + $0.00 |
| **ISA Amount** | = $ 23,900.00 |

### ABOUT YOUR CONTRACT TERMS

- **Your income share is the percentage of your future earned income you will owe in return for the amount credited to your account.** It is not an interest rate or annual percentage rate.
- **Your income share is fixed.** This means that it will never differ from the income share percentage shown above.
- **Your payments will vary based on your earned income.** The total amount you will pay may be more or less than your ISA Amount.
- **The maximum you will pay is $ 59,750.00 over the payment term, regardless of your earned income.** You may also prepay this amount, less any payments made to date plus any outstanding fees, in order to extinguish your obligation before the payment term ends.

**FEES: Late Fee** – The lesser of $5 and 5% of the payment amount due. **Returned Payment Fee** – $25.

### Payment Illustration

An Income Share Agreement (ISA) is different from a loan (which has principal and interest payments) or a conventional tuition payment plan (which requires payment in full and may charge interest). An ISA requires you to pay a fixed percentage of your earned income each month for a fixed period of time. The table below compares illustrative monthly and total ISA payments for different levels of average earned income.

| Average Annual Earned Income | $ 23,900.00 ISA<br>17.50% income share,<br>50 monthly payments ||
|---|---|---|
| | Average Monthly Payments | Total Payments |
| $ 30,000 | $ 0 | $ 0 |
| $ 40,000 | $ 583 | $ 29,167 |
| $ 50,000 | $ 729 | $ 36,458 |
| $ 60,000 | $ 875 | $ 43,750 |
| $ 70,000 | $ 1,021 | $ 51,042 |

**About this illustration**
The illustration assumes that you make monthly payments tied to earned income over 50 months. If you return to school or when your monthly earned income is less than $ 3,333.34 (equivalent to $ 40,000.08/year), your account will be placed in a deferment status, and you will not make payments for every month your income is below this threshold. If your cumulative payments reach the payment cap, then you will make no further payments, and your account will be closed in good standing. The payments columns assume that your earnings remain the same over the payment term. Your actual payments may be a blend of the payments displayed since your earnings may fluctuate over time. Remember that your earned income will depend on many factors, including your credentials, occupation, industry, and the area of the country in which you work. All dollar figures have been rounded to the nearest dollar.

FD – v6                                                                 Page 1 of 2

# EXHIBIT A
# Ms. Featheringill's Income Share Agreement



**Final Disclosure Reference Notes**

### When do payments begin?
You will begin making payments on the first day of the month following a grace period of 3 months after you complete or withdraw from the program.

### What will you pay under an Income Share Agreement (ISA)?
- You will pay a percentage of your earned income.
- Monthly payment = **Income Share** × monthly earned income
- The total amount you will be required to pay may be more or less than the **ISA Amount**. It will depend on your future earned income.

### What documents will you need to provide for us to calculate what you owe?

| *By one month before first due date* | *By April 30 each year and every time your income changes* | *Upon request* |
|---|---|---|
| Pay stub, letter from your employer, self-employment contract, consulting agreement, or other verifiable source (dated within 30 days). This is used to calculate your *initial* required payments. If you do not provide this documentation or documentation for deferment, we will assume your earned income matches the average full-time income for occupations directly related to coding, UX/UI, and computer science (determined based on Bureau of the Census and Bureau of Labor Statistics data). | **1.** By April 30 each year, a year-end pay stub, Form W-2, Form 1099, or Schedule K-1 for all sources of earned income and validation of the dates of your employment (showing *prior* year's earnings) This is used for *reconciliation*. You must reimburse us for any underpayments, and we will credit your account for any overpayments—or refund the excess amount if your payment term has ended. **2.** Every time your income changes AND by April 30 each year, a pay stub, letter from your employer, self-employment contract, consulting agreement, or other verifiable source (showing *current* earnings) This is used to *re-calculate* your required payments. If you do not provide this documentation, we will assume your earned income has increased by ten (10) percent, and change your monthly payment accordingly, effective June 1 each year. | We may obtain your authorization to access your tax return information directly from the IRS or similar taxing authority for any and all years of your payment term. This may be used for *reconciliation*. |

### Can you end your payment obligation early?
You may extinguish your ISA *before* the **Payment Term** ends by paying a **Prepayment Amount** equal to:
$$\$\,59{,}750 - \text{payments already made} + \text{any outstanding fees.}$$

### When do payments pause?
After you leave the program, your account will be placed in a deferment status and you will not make payments if:
- You have enrolled at least half time in higher education or training or
- You earn less than $ 3,333.34/month (equivalent to $ 40,000.08/year), including if you are unemployed or not part of the labor force.

We may extend your Payment Term by one month for each month of deferment, up to 48 months.

### What if I do not furnish documentation or make my required payments?
Your account first be placed in a delinquency status. If you do not furnish the required documentation for one (1) year or do not pay the required amount listed on your bill for six (6) months, your account will be placed in an informational or payment default status, respectively.

*See your Additional Terms for further information about deferment, nonpayment, and prepayment.*

<u>**KENZIE ACADEMY**</u> WILL ENFORCE THE TERMS OF ITS ISAS TO THE FULLEST EXTENT ALLOWED BY LAW.