**United States District Court**
**Southern District of Indiana**
**Indianapolis Division**

| | |
|---|---|
| Leighann Featheringill,<br><br>*Plaintiff*,<br><br>v.<br><br>Southern New Hampshire University and Launch Servicing, LLC,<br><br>*Defendants* | Case No. 1:23-cv-02309-MPB-CSW |

## Notice of Motion to Consolidate

Defendants Southern New Hampshire University and Launch Servicing, LLC have filed a motion to consolidate this case with Case No. 1:23-cv-01716-SEB-MG (the Newman case) under Federal Rule of Civil Procedure 42(a)(2). S.D. Ind. L.R. 42-1 requires the motion to be filed in the case with the earliest docket number (which is the Newman case), and a notice to be filed in all other cases (which is this case, Case No. 1:23-cv-02197-SEB-TAB, Case No. 1:23-cv-02085-MPB-MJD, and Case No. 1:24-cv-00005-JMS-CSW). Accordingly, Defendants hereby provide notice that they have moved to consolidate this case with the Newman case.

Dated: January 18, 2024

Respectfully Submitted,

*/s/ Jason M. Covert*
Jason M. Covert, Atty. No. 29268-53
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Ste. 3500
Indianapolis, IN 46204
(317) 713-3500

(317) 713-3699 (fax)
jcovert@taftlaw.com

*Attorney for Defendants Southern New Hampshire University and Launch Servicing, LLC*